UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 13-CR-14036-MARTINEZ

UNITED STATES OF AMERICA

v.

TRINARDE EZECO SUPLICE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATIONS

**THIS CAUSE** came before the Court upon the *Superseding Petition for Warrant or Summons for Offender Under Supervision*, ("the Superseding Petition"), filed by the United States Probation Office **[ECF No. 160]** on November 18, 2025.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on December 5, 2025 **[ECF No. 161]**. A Report and Recommendation was filed on December 8, 2025, recommending that the Defendant's admission of guilt as to Violations 1 and 2 of the Superseding Petition be accepted **[ECF No. 162]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 162]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety. The Defendant is adjudged guilty of Violations 1 and 2 of the Superseding Petition.

Violation 1 charges Defendant with violating a mandatory condition of supervision by failing to refrain from violation of the law, having committed the offense of possession of substitute cathinone in violation of Section 893.13(6A) of the Florida Statutes, on or about August

21, 2025. Violation 2 charges Defendant with violating a mandatory condition of supervision by failing to refrain from violation of the law, having committed the offense of possession of marijuana under 20 grams in violation of Section 893.13(6B) of the Florida Statutes, on or about August 21, 2025.

Therefore, Defendant has been found to violate two mandatory conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, March 9, 2026, at 10:00 a.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 29 day of December, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office